# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JASON LEE SPARKS, Defendant. | Case No. CR-16-30-GF-BMM <br><br> **ORDER AMENDING JUDGMENT** |

Defendant Jason Lee Sparks having filed an Unopposed Motion to Amend Judgment there being no objection from the Government;

IT IS HEREBY ORDERED that the Judgment, (Doc. 26), is hereby amended to read, " The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 38 months. This term shall run concurrent to the term imposed in the First Judicial District Court, Docket No. ADC 2005-240, and concurrent to the term imposed in the Eighth Judicial District Court, Docket No. BDC 16-051.

DATED this 15th day of July, 2019.

_____
Brian Morris
United States District Court Judge